UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KEITH ALLEN,  )
             )
    Plaintiff, )
             )
v.           )   CV419-272
             )
COMMISSIONER ANDREW SAUL, )
             )
    Defendant. )

## ORDER

The Court recommended that plaintiff's motion for leave to proceed *in forma pauperis*, doc. 2, and amended motion for leave to proceed *in forma pauper*, doc. 7, be denied. Doc. 8. Plaintiff has now remitted the required filing fee for his complaint. Therefore, the Court **VACATES** its Report and Recommendation. *Id*. The Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** plaintiff's *in forma pauperis* motions as moot. Doc. 2; doc. 7.

**SO ORDERED**, this 16th day of March, 2021.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA