# United States District Court
## Southern District of Georgia

KEITH ALLEN,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-272

KILOLO KIJAKAZI,

Defendant,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on March 27, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Therefore, this action is remanded to the Social Security Administration for Further Proceedings under 42 U.S.C. § 405(g). This action stands closed.



| March 27, 2023 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/2020